# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 442 |
| | : | |
| ORDER AMENDING RULES 209, | : | MAGISTERIAL RULES DOCKET |
| 304, 403, 410, 503, 515, AND 516 | : | |
| OF THE PENNSYLVANIA RULES | : | |
| OF CIVIL PROCEDURE | : | |
| GOVERNING ACTIONS AND | : | |
| PROCEEDINGS BEFORE | : | |
| MAGISTERIAL DISTRICT | : | |
| JUDGES | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 17th day of April, 2020, upon the recommendation of the Minor Court Rules Committee, the proposal having been published for public comment at 49 Pa.B. 1900 (April 20, 2019):

It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 209, 304, 403, 410, 503, 515, and 516 of the Pennsylvania Rules of Civil Procedure Governing Actions and Proceedings Before Magisterial District Judges are amended in the attached form.

This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on September 1, 2020.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.